Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−34261−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mercedes Santos−Placencia
   aka Santos Mercedes, aka Santos Hipolita
   82−84 East 20th Street
   Paterson, NJ 07513

Social Security No.:
   xxx−xx−5407

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 01/29/2019 and a confirmation hearing on such Plan has been scheduled for 5/2/2019.

The debtor filed a Modified Plan on 05/20/2019 and a confirmation hearing on the Modified Plan is scheduled for 6/20/2019 at 08:30 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: May 21, 2019
JAN: ntp

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-34261-VFP
Mercedes Santos-Placencia                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 1              Date Rcvd: May 21, 2019
                               Form ID: 186             Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 23, 2019.
db           +Mercedes Santos-Placencia,    82-84 East 20th Street,    Paterson, NJ 07513-1606
517969527    +Baxter Financial, LLC,    c/o Fein Such Kahn & Shepard PC,    7 Century Dr., Suite 201,
               Parsippany, NJ 07054-4609
517915053    +Chase,    PO Box 24696,    Columbus, OH 43224-0696
517915054    +DSNB/Macys,    PO Box 8218,    Mason, OH 45040-8218
517915057   ++++SPECIALIZED LOAN SERVICING,    PO BOX 266005,    LITTLETON CO  80163-6005
              (address filed with court:  Specialized Loan Servicing,    PO Box 266005,    Littleton, CO 80163)
517915056    +Specialized Loan Servicing,    8742 Lucent Boulevard, Suite 300,
               Highlands Ranch, CO 80129-2386
517915058    +Wells Fargo Dealer Services,    MAC T9017-026,    PO Box 168048,    Irving, TX 75016-8048

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov May 21 2019 23:57:58     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 21 2019 23:57:57     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
517915055     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 22 2019 00:11:25
               Portfolio Recovery,    120 Corporate Blvd, Suite 100,    Norfolk, VA 23502
518029741     E-mail/Text: bkdepartment@rtresolutions.com May 21 2019 23:58:07
               Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
               Dallas, Texas 75247-4029
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2019                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 21, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Wells Fargo Bank, National Association, as Trustee for
               Bear Stearns Asset Backed Securities I Trust 2007-AC3, Asset Backed Certificates, Series
               2007-AC3 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Joseph  Chang    on behalf of Debtor Mercedes  Santos-Placencia jc@josephchanglaw.com,
               lr@josephchanglaw.com,jr@josephchanglaw.com,
               kelly@totalbankruptcysolution.com;changjr88599@notify.bestcase.com
              Marie-Ann  Greenberg     magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Wells Fargo Bank, National Association, as Trustee
               for Bear Stearns Asset Backed Securities I Trust 2007-AC3, Asset Backed Certificates, Series
               2007-AC3 rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5