UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1**

DENISE CARLON, ESQUIRE
KML LAW GROUP, P.C.
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
(215)627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Wells Fargo Bank, National Association, as Trustee
for Bear Stearns Asset Backed Securities I Trust 2007-
AC3, Asset Backed Certificates, Series 2007-AC3

**Order Filed on June 19, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Mercedes Santos-Placencia,

Debtor.

Case No.:  18-34261 VFP
Adv. No.:
Hearing Date: 6/20/19 @ 8:30 a.m.

Judge:  Vincent F. Papalia

## ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: June 19, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Page 2
Debtor:              Mercedes Santos-Placencia
Case No.:            18-34261 VFP
Caption:             **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO
                     DEBTOR'S CHAPTER 13 PLAN**

   This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Wells Fargo Bank, National Association, as Trustee for Bear Stearns Asset Backed Securities I Trust 2007-AC3, Asset Backed Certificates, Series 2007-AC3, holder of a mortgage on real property located at 82-84 East 20th Street, Paterson, NJ 07513, Denise Carlon appearing, by way of objection to the confirmation of Debtor's Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Joseph Chang, Esquire, attorney for Debtor, Mercedes Santos-Placencia, and for good cause having been shown;

   It **ORDERED, ADJUDGED and DECREED** that Debtor shall obtain a loan modification by August 21, 2019, or as may be extended by modified plan; and

   It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor is to make regular post-petition payments outside of the plan in accordance with the terms of the loss mitigation order while the loss mitigation period is active; and

   It is **FURTHER ORDERED, ADJUDGED and DECREED** that the Trustee is not to pay the arrears in accordance with the plan while the loan modification is pending; and

   It is **FURTHER ORDERED, ADJUDGED and DECREED** that the Secured Creditor does not waive its rights to the pre-petition arrears or the difference between the regular post-petition payment and the loss mitigation payment, or any other post-petition arrears that may accrue; and

   It is **FURTHER ORDERED, ADJUDGED and DECREED** that if the loan modification is not successful, Debtor shall modify the plan to otherwise address Secured Creditor's claim; and

   It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.