| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>_____<br>Law Offices of Joseph A. Chang<br>Joseph A. Chang, Esq. (034302002)<br>951 Madison Avenue<br>Paterson, NJ, 07501<br>(T) 973.925.2525 (F) 973.925.9090<br>Counsel for Debtor | Order Filed on August 26, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Mercedes Santos-Placencia | Case No.:     18-34261<br>Chapter:          13<br>Judge:          Papalia |

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 26, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____06/12/2019_____ :

Property: ___82-84 East 20th Street Paterson, NJ 07501_____

Creditor: ___Specialized Loan Servicing_____

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by _____Debtor_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____11/17/2019_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2