Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  18−34261−VFP
        Chapter:  13
        Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Mercedes Santos−Placencia
  aka Santos Mercedes, aka Santos Hipolita
  82−84 East 20th Street
  Paterson, NJ 07513

Social Security No.:
  xxx−xx−5407

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>December 14, 2020</u>　　　　　<u>Vincent F. Papalia</u>
　　　　　　　　　　　　　　　　　Judge, United States Bankruptcy Court